# Court of Appeals
# of the State of Georgia

ATLANTA,  June 25, 2025

*The Court of Appeals hereby passes the following order:*

## A25A2050. SABRINA ELIZABETH KENT v. GOLESTAN PROPERTIES, LLC.

This case began as a dispossessory proceeding in magistrate court. The magistrate court found against Sabrina Elizabeth Kent and issued a writ of possession, and Kent filed a petition for review to the superior court. On May 7, 2025, the superior court dismissed and denied the petition for review, affirmed the judgment of the magistrate court, and issued another writ of possession. Kent then filed a notice of appeal on June 5, 2025. We lack jurisdiction for at least two reasons.

First, appeals from superior court decisions reviewing lower court decisions by petition for review must be initiated by filing an application for discretionary appeal. OCGA § 5-6-35 (a) (1), (b); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Because this case involves an appeal from magistrate court to superior court, Kent has no right to a direct appeal. See *Bullock*, 260 Ga. App. at 875.

Second, even if Kent was entitled to a direct appeal, this appeal is untimely. Appeals in dispossessory actions must be filed within seven days of the date the judgment was entered. See OCGA § 44-7-56 (b) (1); *Radio Sandy Springs v. Allen Road Joint Venture*, 311 Ga. App. 334, 335-336 (715 SE2d 752) (2011). Here, Kent's notice

of appeal was filed 29 days after the superior court's order. As such, it is untimely under OCGA § 44-7-56 (b) (1).

For these reasons, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__06/25/2025_____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*